**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
KELLY MCTIERNAN,

                 Petitioner,                 21 **CIVIL** 1543 (JPC)(JLC)

      -against-                             **JUDGMENT**

JEFFREY TEDFORD, Superintendent,
Adirondack Correctional Facility,

                 Respondent.
------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated August 12, 2024, the Court adopts the Report and Recommendation in its entirety and denies McTiernan's petition for a writ of habeas corpus. As McTiernan has not made a substantial showing of the denial of a constitutional right, a certificate of appealability will not issue. See 28 U.S.C. § 2253(c); see Hoffler v. Bezio, 726 F.3d 144, 154 (2d Cir. 2013). Judgment entered in favor of Respondent. Accordingly, the case is closed.

**Dated:** New York, New York

      August 12, 2024

                                              **DANIEL ORTIZ**
                                              **Acting Clerk of Court**

                              **BY:**       _____
                                                     **Deputy Clerk**